No. 190. GELKOM REALTY CORP. *v.* YOUNG WOMEN'S HEBREW ASSN. ET AL. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is

538

granted, and the appeal is dismissed for the want of a properly presented federal question. *Godchaux Co.* v. *Estopinal*, 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.*, 261 U. S. 114, 117; *St. Louis & San Francisco R. Co.* v. *Shepherd*, 240 U. S. 240, 241; *Herndon* v. *Georgia*, 295 U. S. 441. *Mr. Gustavus A. Rogers* for appellant. *Messrs. Harold H. Levin* and *Paxton Blair* for appellees.